Gary A. Hamblet, Cal. State Bar No. 90250 (pro hac vice pending)
David M. Plouff, Cal. State Bar No. 157026 (pro hac vice pending)
CLARK HILL LLP
1055 West Seventh Street, 24th Floor
Los Angeles, California 90017
Telephone: (213) 891 9100
Facsimile: (213) 488-1178
Email: ghamblet@clarkhill.com
Email: dplouff@clarkhill.com

NICHOLAS WIECZOREK, ESQ.
CLARK HILL PLLC
Nevada Bar No. 6170
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone No. (702) 862-8300
Facsimile No. (702) 862-8400
Email: nwieczorek@clarkhill.com
Attorneys for Defendant
EVANSTON INSURANCE COMPANY
Attorneys Hamblet and Plouff will comply
With LR IA 11-2 within 21 days

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEVADA**

| | |
|---|---|
| GOLDEN BEAR INSURANCE COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>EVANSTON INSURANCE COMPANY, an Illinois corporation; and STARSTONE SPECIALTY INSURANCE COMPANY, a New Jersey corporationm<br><br>Defendants. | Case No. 2:20-cv-00027-RFB-EJY<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT AND ORDER THEREON**<br>**(L.R. IA 6-1)**<br><br>Current Response Date: February 17, 2020<br>New Response Date: February 27, 2020 |

- 1 -
**STIPULATION TO EXTEND TIME TO RESPOND**
**TO INITIAL COMPLAINT AND ORDER THEREON**
223259961.v1

WHEREAS, plaintiff Golden Bear Insurance Company ("Golden Bear") filed its Complaint in this Court on January 16, 2020;

WHEREAS, defendant Evanston Insurance Company ("Evanston") was served with the Summons and Complaint;

WHEREAS, Evanston's response to the Complaint is currently due on or before February 17, 2020;

WHEREAS Evanston requested and Golden Bear agreed to stipulate, pursuant to IA Rule 6-1 of the Local Rules for the United States District Court for District of Nevada, to an extension of 10 days beyond February 17, 2020 for Evanston to respond to the Complaint;

IT IS HEREBY STIPULATED by and between Golden Bear and Evanston, through their attorneys of records, that Evanston's response to the Complaint is due on or before February 27, 2020.

Dated: February 14, 2020      **CLARK HILL LLP**

By: /s/ Nicholas M. Wieczorek
Local Counsel for Defendant
Evanston Insurance Company

Dated: February 14, 2020      **CLARK HILL LLP**

By: /s/ Gary A. Hamblet
Gary A. Hamblet
David M. Plouff
Attorneys for Defendant
Evanston Insurance Company

Attorneys Hamblet and Plouff will Comply With LR IA 11-2 within 21 days

Dated: February 14, 2020       MCKAY LAW FIRM, CHTD.

By:   /s/ Pamela A. McKay
     Pamela A. McKay
     Attorneys for Golden Bear Insurance
     Company

IT IS SO ORDERED.
Dated: February 19, 2020

_____
UNITED STATES MAGISTRATE JUDGE