Byron L. Ames, Esq. (#7581)
Chet A. Glover, Esq. (#10054)
**AMES & AMES, LLP**
8275 S. Eastern Ave, Ste. 200-723
Las Vegas, Nevada 89123
Telephone: (702) 800-5413
Facsimile: (702) 800-5427
bames@amesfirm.com
cglover@amesfirm.com
*Attorneys for StarStone Specialty Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GOLDEN BEAR INSURANCE COMPANY, a California corporation,<br><br>     Plaintiff,<br><br>v.<br><br>EVANSTON INSURANCE COMPANY, an Illinois corporation, and STARSTONE SPECIALTY INSURANCE COMPANY, a New Jersey corporation,<br><br>     Defendants.<br><hr><br>ALL RELATED MATTERS | Case No. 2:20-cv-00027-RFB-EJY<br><br><br><br>**REVISED STIPULATION AND ~~PROPOSED~~ ORDER REGARDING GOLDEN BEAR INSURANCE COMPANY'S REBUTTAL EXPERT DISCLOSURE AND DEPOSITION** |

Plaintiff/Counter-Defendant, Golden Bear Insurance Company ("**Golden Bear**"), Defendant/Counter-Claimant Evanston Insurance Company ("**Evanston**") and Defendant Starstone Specialty Insurance Company ("**Starstone**"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1.    On March 10, 2021, Golden Bear filed a Motion to Strike Defendant StarStone's Initial Expert Report and Testimony Thereto. (ECF No. 59.) ("**Motion to Strike**").

StarStone opposed the Motion to Strike (ECF No. 67), and Golden Bear submitted a Reply in support of the Motion to Strike. (ECF No. 71.)

2.      On March 31, 2021, the Court granted Golden Bear's Motion for Order Extending Disclosure of Rebuttal Expert Report. *See Minutes of Proceedings.*

3.      On June 1, 2021, Golden Bear served its Rebuttal Expert Report. On June 3, 2021, StarStone requested dates to take Golden Bear's Rebuttal Expert's deposition, in view of the July 1, 2021 deadline set by the Court for completion of the same. *See Minutes of Proceedings.*

4.      On June 4, 2021, Golden Bear responded to StarStone's request to depose its rebuttal expert by requesting that StarStone defer taking the deposition until the Court issues a ruling on Golden Bear's Motion to Strike. The reasons for Golden Bear's request are that the deposition of its rebuttal expert may be rendered moot if the Court grants Golden Bear's Motion to Strike, thereby obviating the need for rebuttal expert testimony. Incurring the costs of such a deposition prior to the Court's decision on Golden Bear's Motion to Strike would be wasteful for all parties.

5.      On June 11, 2021, the parties agreed to defer taking Golden Bear's rebuttal expert's deposition. The parties also agreed that StarStone may file a motion to strike Golden Bear's rebuttal expert's report and opinions, if necessary, after the Court rules on Golden Bear's Motion to Strike. (ECF No. 59.).

6.      On June 16, 2021, the parties filed a Stipulation and Proposed Order Regarding Golden Bear Insurance Company's Rebuttal Expert Disclosure and Deposition. (ECF No. 81).

7.      On June 17, 2021 the Court issued its Order on Golden Bear's Motion to Strike, granting it in part and denying it in part. (ECF No. 82).

8. On June 17, 2021, the Court denied without prejudice the parties' Stipulation and Proposed Order Regarding Golden Bear Insurance Company's Rebuttal Expert Disclosure and Deposition and directed the parties to submit a revised stipulation. (ECF No. 83).

9. Golden Bear will be filing Objections to the Order on Golden Bear's Motion to Strike, granting in part and denying in part, before July 1, 2021, thereby requesting the District Court Judge perform a *de novo* review of the Order (Doc. 82.)

…

…

…

…

…

…

…

…

…

…

…

…

…

…

…

…

…

…

10. Pursuant to the Court's Order (ECF No. 83), the parties hereby stipulate and agree that in light of the Court's Order on Golden Bear's Motion to Strike (ECF No. 82), and Golden Bear's intent to file Objections to the Order, StarStone shall have twenty-one (21) days from the date the District Court Judge issues a ruling on Golden Bear's Objections, in which to file a motion to strike Golden Bear's rebuttal expert's report and opinions,[1] and thirty (30) days from the date on which the Court issues a ruling on StarStone's motion to strike Golden Bear's expert report and opinions in which to take the deposition of Golden Bear's rebuttal expert, if warranted in light of the ruling on StarStone's motion to strike.

| **AMES & AMES, LLP** | **CLARK HILL LLP** |
|---|---|
| Dated this 28th day of June, 2021. | Dated this 28th day of June, 2021. |
| */s/ Chet A. Glover* <br> Byron L. Ames, Esq. <br> Chet A. Glover, Esq. <br> Attorneys for StarStone | */s/ Gary A. Hamblet* <br> Gary A. Hamblet, Esq. <br> David M. Plouff, Esq. <br> Attorneys for Evanston |
| **MCKAY LAW FIRM, CHTD** | |
| Dated this 28th day of June, 2021. | |
| */s/ Pamela A. McKay* <br> Pamela A. McKay, Esq. <br> Attorneys for Golden Bear | |

### PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: June 28, 2021

Hon. Elayna J. Youchah
United States Magistrate Judge

---

[1] Or until the next judicial day if the 21st day falls on a weekend or holiday.