Byron L. Ames, Esq. (#7581)
Chet A. Glover, Esq. (#10054)
**AMES & AMES, LLP**
8275 S. Eastern Ave, Ste. 200-723
Las Vegas, Nevada 89123
Telephone: (702) 800-5413
Facsimile: (702) 800-5427
bames@amesfirm.com
cglover@amesfirm.com
*Attorneys for StarStone Specialty Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GOLDEN BEAR INSURANCE COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>EVANSTON INSURANCE COMPANY, an Illinois corporation, and STARSTONE SPECIALTY INSURANCE COMPANY, a New Jersey corporation,<br><br>Defendants.<br><br>ALL RELATED MATTERS | Case No. 2:20-cv-00027-RFB-EJY<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE ALL CLAIMS RELATED TO THE BANKSTON ACTION** |

Plaintiff/Counter-Defendant Golden Bear Insurance Company ("**Golden Bear**"), Defendant/Counter-Claimant Evanston Insurance Company ("**Evanston**"), and Defendant Starstone Specialty Insurance Company ("**StarStone**") (Golden Bear, Evanston, and StarStone are collectively referred to as the "**Parties**"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1

1. Golden Bear dismisses with prejudice all claims regarding the Bankston Action (as defined in the Complaint, ECF No. 1) that were, or could have been, brought in this case, each party to bear its own fees and costs.

2. The Parties have not reached an agreement on Golden Bear's claims regarding the Hicks Action (as defined in the Complaint, ECF No. 1).

3. The Parties reserve all of their legal rights with respect to the Hicks Action.

| AMES & AMES, LLP | CLARK HILL LLP |
|---|---|
| Dated this 27th day of April, 2022. | Dated this 27th day of April, 2022. |
| /s/ Chet A. Glover<br>Byron L. Ames, Esq.<br>Chet A. Glover, Esq.<br>Attorneys for StarStone | /s/ Gary A. Hamblet<br>Gary A. Hamblet, Esq.<br>David M. Plouff, Esq.<br>Attorneys for Evanston |
| MCKAY LAW FIRM, CHTD | |
| Dated this 27th day of April, 2022. | |
| /s/ Pamela A. McKay<br>Pamela A. McKay, Esq.<br>Attorneys for Golden Bear | |

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated:_____ 2022.

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 1st day of May, 2022.

2